**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JEANNE T. WILKINSON** | : | |
| **Plaintiff** | : | |
| | : | |
| **vs** | : | **CA #04-516ML** |
| | : | |
| **HARTFORD LIFE AND ACCIDENT** | : | |
| **INSURANCE COMPANY and** | : | |
| **TYCO INTERNATIONAL (US) INC.** | : | |
| **Defendants** | : | |

**NOTICE TO TAKE DEPOSITION**

Pursuant to Rule 30 of the Federal Court Rules of Civil Procedure, and specifically **Rule 30(b)(6)**, we hereby notice the testimony on oral examination of Hartford Life and Accident Insurance Company and of the person or persons most knowledgeable

1. Regarding whether and to what extent Hartford knew that decedent had applied for supplementary life coverage;

2. Regarding whether and to what extent Hartford knew that decedent was paying premiums for supplemental life coverage;

3. Regarding whether and to what extent Hartford received the premiums paid by decedent for supplementary life coverage;

4. Regarding the basis for Hartford's statement in response to Plaintiff's First Request for Production #10, wherein Hartford represented that it "was not notified of decedent's submission of the application/enrollment form for supplementary coverage until Plaintiff made a claim for Supplemental Life Benefits."

You are commanded to bring with you those documents set forth in the attached Schedule A. Said deposition will be taken on **June 16 , at 10:00 a.m.**, for the purpose of discovery or for use as evidence at trial, before a Notary Public of the State of Rhode Island, or some other duly qualified person, and thereafter from day to day as the taking of the deposition may be adjourned, at the Offices of CHISHOLM CHISHOLM & KILPATRICK LLP, One Turks Head Place, Suite 1313, Providence, Rhode Island

**02903, at which time you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.**

JEANNE T. WILKINSON
By Her Attorneys,

J. Scott Kilpatrick (#4036)
Robert V. Chisholm (#4280)
CHISHOLM CHISHOLM &
KILPATRICK
One Turks Head Place Suite 1313
Providence, RI 02903
(401) 331-6300 (Telephone)
(401) 421-3185 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that service of the within was mailed to Katherine R. Parsons, Esq., Crevier & Ryan LLP, 1500 Main Street, Suite 2020, Springfield, MA 01115, James A. Ruggieri, Esq., Higgins, Cavanagh & Cooney, LLP, 123 Dyer Street, Providence, RI, and Kathleen D. Leslie, Esq.& Michael L. Bouyea, Esq., Whitney & Bogris LLP, 401 Washington Ave. 12th Floor, Towson, MD 21204 and Merandi Court Reporting, 15 Chedell Avenue, East Providence, RI 02914 on this 2nd day of June 2005.

## SCHEDULE A

1. A complete copy of any and all documents, pertaining in any way to any of the information sought in any of the above paragraphs. Said documents should include any and all memoranda, notes, e-mails, correspondence, reports, statements, filings, forms, digitalized information, applications and/or memorialization of information of any kind pertaining to the information sought in the above paragraphs, and should be provided separated and identified by indicating to which above paragraphs the documents pertain.

If a privilege is asserted with respect to any item, please describe each such item in sufficient detail so that counsel can appreciate its nature and character, identify the privilege asserted as to each such item. Any items withheld based on privilege should be identified as indicated above in a privilege log.