**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JEANNE T. WILKINSON** | : | |
| **Plaintiff** | : | |
| | : | |
| **vs** | : | **CA #04-516ML** |
| | : | |
| **HARTFORD LIFE AND ACCIDENT** | : | |
| **INSURANCE COMPANY and** | : | |
| **TYCO INTERNATIONAL (US) INC.** | : | |
| **Defendants** | : | |

## NOTICE TO TAKE DEPOSITION

**TO:** **Karen Despard, Examiner**
**Hartford Life and Accident Insurance Company**

**DATE:** **June 16, 2005**

**TIME:** **12:00 Noon**

Pursuant to Rule 30 of the Federal Court Rules of Civil Procedure, we hereby notice the testimony on oral examination of **Karen Despard, Examiner of Hartford Life and Accident Insurance Company, 200 Hopmeadow Street, Simsbury, Connecticut.**

Said deposition will be taken on **June 16, 2005 @ 12:00 Noon.**, for the purpose of discovery or for use as evidence at trial, before a Notary Public of the State of Rhode Island, or some other duly qualified person, and thereafter from day to day as the taking of the deposition may be adjourned, at the Offices of CHISHOLM CHISHOLM & KILPATRICK LLP, One Turks Head Place, Suite 1313, Providence, Rhode Island 02903, at which time you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

JEANNE T. WILKINSON
By Her Attorneys,

J. Scott Kilpatrick (#4036)
CHISHOLM CHISHOLM & KILPATRICK
One Turks Head Place Suite 1313
Providence, RI 02903
(401) 331-6300 (Telephone)
(401) 421-3185 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that service of the within was mailed to Katherine R. Parsons, Esq., Crevier & Ryan LLP, 1500 Main Street, Suite 2020, Springfield, MA 01115, James A. Ruggieri, Esq., Higgins, Cavanagh & Cooney, LLP, 123 Dyer Street, Providence, RI, and Kathleen D. Leslie, Esq.& Michael L. Bouyea, Esq., Whitney & Bogris LLP, 401 Washington Ave. 12th Floor, Towson, MD 21204 and Merandi Court Reporting, 15 Chedell Avenue, East Providence, RI 02914 on this 2nd day of June 2005.