**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JEANNE T. WILKINSON<br>Plaintiff,<br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY AND TYCO INTERNATIONAL (US) INC.<br>Defendants. | ) | Civ. No. 04-516 ML |

**AFFIDAVIT OF KATHERINE R. PARSONS IN SUPPORT OF HARTFORD'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL AND ITS MOTION FOR A PROTECTIVE ORDER FOR DISCOVERY SOUGHT BEYOND PLAINTIFF'S MOTION TO COMPEL**

NOW COMES Katherine R. Parsons, and under oath does hereby state and depose:

1. I am the attorney for Hartford Life and Accident Insurance Company ("Hartford") in the above captioned case.
2. Attached hereto at Exhibit 1 are true and accurate copies of pages 3-5, 32 and 35 of the Group Supplemental Life Plan for employees of Tyco International (US), Inc. that were provided to our office by Hartford.
3. Attached hereto at Exhibit 2 is a true and accurate copy of the 2002 Benefits Enrollment Form signed by Mr. Richard Wilkinson that was provided to our office by Tyco International (US), Inc.'s counsel as part of its Rule 26(a) Disclosures.
4. Attached hereto at Exhibit 3 are true and accurate copies of the first three pages of Plaintiff's Answers to Hartford's First Set of Interrogatories provided to our office by Plaintiff's counsel.

5. Attached hereto at Exhibit 4 is a true and accurate copy of a letter dated October 25, 2002 and addressed to Mr. Richard Wilkinson that was provided to our office by Plaintiff's counsel in Plaintiff's Response to Hartford's First Request for Production of Documents.

6. Attached hereto at Exhibit 5 is a true and accurate copy of a 2003 Confirmation Statement provided to our office by Plaintiff's counsel attached as Exhibit C to Plaintiff's Answers to Interrogatories.

7. Attached hereto at Exhibit 6 is a true and accurate copy of a letter dated March 2, 2004 and addressed to Plaintiff's initial counsel that was provided to our office by Plaintiff's counsel in Plaintiff's Response to Hartford's First Request for Production of Documents.

8. Attached hereto at Exhibit 7 is a true and accurate copy of a letter dated April 15, 2004 and addressed to Hartford that was provided to our office by Plaintiff's counsel in Plaintiff's Response to Hartford's First Request for Production of Documents.

9. Attached hereto at Exhibit 8 is a true and accurate copy of a letter dated May 14, 2004 and addressed to Plaintiff's initial counsel that was provided to our office by Plaintiff's counsel in Plaintiff's Response to Hartford's First Request for Production of Documents.

10. Attached hereto at Exhibit 9 is a true and accurate copy of the last two pages of Hartford's Response to Plaintiff's First Request for Production of Documents.

Signed under the pains and penalties of perjury this 3rd day of June, 2005.

Katherine R. Parsons