# EXHIBIT 2

# 2002 Benefits Enrollment Form

Please print clearly.

Employee Name Last: WILKINSON First: RICHARD G MI

Home Telephone Number ( )

Social Security Number: 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

Street Address: 135 LOUISE STREET

City: WOONSOCKET State: RI Zip: 02895

Marital Status
☐ Single ☐ Divorced/Legally Separated ☐ Domestic Partner
☑ Married ☐ Widowed

Spouse/Domestic Partner Works For Tyco
☐ Yes ☑ No

Locator Code: ADP97

**Medical (Pre-tax)**
Please complete dependent information on back of form
☐ BC/BS AL HEALTHMATE 2000 PPO [004]
☑ Waived [000]

Coverage Level
☐ Employee Only
☐ Employee + 1 Dependent
☐ Family

Health Care Contribution Rates
☐ Standard Rate- Selecting this box indicates that you and/or a family member covered under a Tyco-sponsored medical plan use tobacco products.
☐ Discounted Wellness Rate - Selecting this box indicates that you and all of your family members covered under a Tyco-sponsored medical plan do not use tobacco products; or you and/or a family member is a smoker but participates in Tyco's smoking cessation program.

PCP Name New Enrollee Only (For POS and HMO plans, refer to GeoAccess)

PCP Number New Enrollee Only

Existing Patient? ☐ Yes ☐ No

Do you have other Health Coverage? ☑ Yes ☐ No

Other Insurance Company Plan Name: HEALTH MATE

Other Insurance Company Group Number: 115-647-311 900-2

ID Number

Insured Name: JEANNE T. WILKINSON

Insured Social Security Number: 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

Insured Employer's Name: LANDMARK MEDICAL CTR.

Insured Address Street: 115 CASS AVE.

City: WOONSOCKET State: RI Zip: 02895

**Dental (Pre-tax)**
☐ AETNA/PRU DENTAL [201] ☑ Waived [000]

Coverage Level
☐ Employee Only ☐ Employee + 1 Dependent ☐ Family

**Health Care Reimbursement Account (Pre-tax)**
☐ Contribute [301] $ ____ Annual Contribution (minimum $100; maximum $2,400)
☑ Waived [000]

**Dependent Day Care Reimbursement Account (Pre-tax)**
☐ Contribute [302] $ ____ Annual Contribution (minimum $100; maximum $5,000)
☑ Waived [000]

**Supplemental Life Insurance Plan – Employee**
☐ 1 x Salary [601]
☐ 2 x Salary [602]
☐ 3 x Salary [603]
☐ 4 x Salary [604]
☐ 5 x Salary [605]
☑ Waived [000]

Spouse/Domestic Partner
☐ $10,000 [701]
☐ $20,000 [702]
☐ $30,000 [703]
☑ $40,000 [704]
☐ $50,000 [705]
☐ $60,000 [706]
☐ $70,000 [707]
☐ $80,000 [708]
☐ $90,000 [709]
☐ $100,000 [710]
☑ Waived [000]

Child/Children
☐ $5,000/child [801]
☐ $10,000/child [802]
☑ Waived [000]

**Personal and Family Accident Insurance Plan (PFA)**
☐ 1 x Salary [401]
☐ 2 x Salary [402]
☐ 3 x Salary [403]
☐ $50,000 coverage [404]
☑ Waived [000]

Coverage Level: ☐ Employee ☐ Family

**Long-Term Disability (LTD)**
☑ LTD Coverage [501]
☐ Waived [000]

If you do not elect LTD coverage when you are first eligible, you will have to provide Evidence of Insurability to obtain coverage later and you could be turned down.

WS 10/30/01
TB

# Dependent Enrollment Information

Dependent Medical Coverage

| Dependent Event | Last Name (if different from employee) | First Name | MI | Rel* | Gender | Date of Birth (dd/mm/ccyy) | Full-Time Student/Disabled | Social Security Number | Coverage |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Add ☐ Delete ☐ Change | | | | | | | ☐ Student ☐ Disabled | | ☐ Medical ☐ Dental |
| | Dependent Address (if different from employee address) | PCP Name for above dependent: | | | | | PCP Number: | Current Patient of PCP? ☐ Yes ☐ No | Other Coverage? ☐ Yes ☐ No |
| ☐ Add ☐ Delete ☐ Change | | | | | | | ☐ Student ☐ Disabled | | ☐ Medical ☐ Dental |
| | Dependent Address (if different from employee address) | PCP Name for above dependent: | | | | | PCP Number: | Current Patient of PCP? ☐ Yes ☐ No | Other Coverage? ☐ Yes ☐ No |
| ☐ Add ☐ Delete ☐ Change | | | | | | | ☐ Student ☐ Disabled | | ☐ Medical ☐ Dental |
| | Dependent Address (if different from employee address) | PCP Name for above dependent: | | | | | PCP Number: | Current Patient of PCP? ☐ Yes ☐ No | Other Coverage? ☐ Yes ☐ No |
| ☐ Add ☐ Delete ☐ Change | | | | | | | ☐ Student ☐ Disabled | | ☐ Medical ☐ Dental |
| | Dependent Address (if different from employee address) | PCP Name for above dependent: | | | | | PCP Number: | Current Patient of PCP? ☐ Yes ☐ No | Other Coverage? ☐ Yes ☐ No |
| ☐ Add ☐ Delete ☐ Change | | | | | | | ☐ Student ☐ Disabled | | ☐ Medical ☐ Dental |
| | Dependent Address (if different from employee address) | PCP Name for above dependent: | | | | | PCP Number: | Current Patient of PCP? ☐ Yes ☐ No | Other Coverage? ☐ Yes ☐ No |
| ☐ Add ☐ Delete ☐ Change | | | | | | | ☐ Student ☐ Disabled | | ☐ Medical ☐ Dental |
| | Dependent Address (if different from employee address) | PCP Name for above dependent: | | | | | PCP Number: | Current Patient of PCP? ☐ Yes ☐ No | Other Coverage? ☐ Yes ☐ No |

* Relationship codes: H = Husband; W = Wife; D = Daughter; S = Son; P = Domestic Partner; Y = Daughter of Domestic Partner; X = Son of Domestic Partner

Please Note: If needed, please use a separate sheet of paper to list any additional dependent information not appearing above.
If there are no additions, deletions or changes to the information, do not mark any of the boxes to the left of the dependent's last name.

I have received information regarding the Tyco benefits program. I understand that I cannot change these elections until the next Annual Enrollment period, unless I experience a qualifying family status change. My signature below authorizes Tyco to deduct from my pay the required premium contributions for the choices I have elected. I authorize Tyco, the carrier or their designated parties to review medical files as necessary for administration of the plan.

Employee Signature [signature] Date 10/25/01

## A Final Word

You are responsible for notifying the plan when a dependent is no longer eligible for coverage, such as when your child reaches the plan's age limit, finishes or leaves college or other secondary school, or if you and your spouse divorce. The Tyco medical and dental plans have continuation coverage available under COBRA. To enroll for the COBRA continuation coverage, you must notify the plan within 60 days of the dependent's loss of eligibility and pay the applicable premiums. Please see your Summary Plan Description, *For Your Benefit*, for your rights and responsibilities under COBRA.

ADP97 Y7X 1A 35863
RICHARD G WILKINSON
135 LOUISE STREET
WOONSOCKET, RI 02895

This newsletter is produced to help you select your Tyco benefits for 2002. Only you can decide which benefits best meet the needs of you and your family.