# EXHIBIT 6

Hartford Life

March 2, 2004

Ralph R. Liguori
Caprio & Caprio Atty At Law
Caprio Building
One Center Place
Providence, RI 02903

Policyholder: Tyco International (Us), Inc.
Policy No.: 0GL206835
Insured: Richard G. Wilkinson

Dear Mr. Liguori:

We are writing to you on behalf of your client, Jeanne Wilkinson, regarding the Group Supplemental Life Insurance claim for benefits on Richard G. Wilkinson. This Policy funds the Tyco International (US), Inc. Group Life Insurance Employee Benefits plan under Hartford Life and Accident Insurance Company Policy 0GL206835. This plan is governed by ERISA and federal common law.

We have completed our review of the claim for Group Supplemental Life Insurance benefits and have determined that the documentation submitted in support of this claim does not establish that Mr. Wilkinson was covered for benefits through Hartford Life and Accident Insurance Company at the time of his death. Accordingly, Group Supplemental Life Insurance benefits are not payable under the terms of the Policy.

Benefits are payable if the claimant dies while insured under the Policy. The Schedule of Insurance of the Group Life Insurance certificate of insurance under Policy 0GL206835 states in part:

"Who is eligible for coverage?
Eligible Class(es): All Active Full-time Employees who are U.S. citizens or U.S. residents, excluding temporary and seasonal employees.

When will You become eligible? (Eligibility Waiting Period)
You will be eligible for coverage on the date on which You complete a waiting period of 30 days of continuous service.

The waiting period will be reduced by the period of time You were an Active Full-time Employee with the Employer under the Prior Plan.

Hartford Life
Group Life Claims
Toll Free 888 563 1124
Facsimile 860 843 8567

Mailing Address: P.O. Box 2999
Hartford, CT 06104-2999

When will Evidence of Good Health be required?
Evidence of Good Health is required if:

1. You enroll for coverage more than 31 days after the date You are first eligible to do so for any amount of Life Insurance for Yourself or Your Spouse; or for an Amount of Life Insurance in excess of $15,000 for a Dependent Child; or
2. You elect no coverage when eligible to do so and later opt for coverage for any Amount of Life Insurance for Yourself or Your Spouse; or for an Amount of Life Insurance in excess of $15,000 for a Dependent Child.

Evidence of Good Health must be provided at Your own expense.

If Evidence of Good Health is not approved in the situation(s) described above, no coverage, including the Guaranteed Issue Amount, will become effective."

The section entitled Eligibility and Enrollment of the Group Life Insurance certificate of insurance under Policy 0GL206835 states in part:

"How do You enroll?
To enroll You must:

1. complete and sign a group insurance enrollment form which is satisfactory to Us; and
2. deliver it to the Employer.

If You do not enroll within 31 days after becoming eligible, You must submit Evidence of Good Health.

Any such enrollment must be made during the Annual Enrollment Period or within 31 days of the Change in Family Status.

The Annual Enrollment Period for Supplemental Life Insurance and Supplemental Dependent Life Insurance is a period of time determined by Your Employer.

When does coverage start?
Your coverage will start on the latest of the dates determined below:

1. the date You become eligible, if You enroll or have enrolled by then;
2. the date on which You enroll, if You do so within 31 days after the date You are eligible;
3. the date We approve Evidence of Good Health which We may have required; or
4. the first day of January following the Annual Enrollment Period if You enroll during an Annual Enrolment Period; or
5. the first day of the month following a Change in Family Status.

All of the above effective dates are subject to the Deferred Effective Date provision."

We based our decision to deny this claim for benefits on Policy language and all documents contained in the claim file, viewed as a whole, including the following specific information:

1. Proof of Death form completed by a representative of Tyco International (US), Inc. on 1/5/04.
2. 2002 Benefits Enrollment Form completed by Richard Wilkinson on 10/25/01.
3. 2003 Benefits Enrollment Form completed by Richard Wilkinson on 10/17/02.
3. Certificate of Death for Richard Wilkinson.

The Proof of Death form completed by the Policyholder indicates that Mr. Wilkinson's date of hire was 9/17/73. Tyco International (US), Inc. Group Supplemental Life coverage became effective with The Hartford on January 1, 2002, therefore, under the eligibility waiting period, Mr. Wilkinson was eligible for coverage on January 1, 2002. Under the Eligibility and Enrollment provisions of the Policy, Mr. Wilkinson was eligible to elect Supplemental benefits without Evidence of Good Health during the 2001 annual enrollment period to become effective on January 1, 2002.

The 2002 Benefit Enrollment Form signed by Mr. Richard Wilkinson on 10/25/2001, indicates that he waived Supplemental Life coverage for the 2002 plan year. The 2003 Benefit Enrollment Form signed by Mr. Richard Wilkinson on 10/17/2002, indicates a Supplemental Life election of 1 x salary. Based on the Eligibility and Enrollment provisions, if an Employee enrolls more than 31 days after the date of becoming eligible to do so, no coverage will be available without Evidence of Insurability. We have verified with our Medical Underwriting Unit and they do not have any record of Mr. Wilkinson submitting Evidence of Good Health for the Supplemental Group Life coverage.

Since Mr. Richard Wilkinson did not submit medical evidence as required by the terms of the Policy with Tyco International (US), Inc., the Supplemental Group Life Insurance benefit is not payable through Hartford Life Insurance Company.

Please contact Tyco International (US), Inc. for reimbursement of any premiums that may have been paid to The Hartford by Mr. Richardson Wilkinson through his Employer.

In denying this claim, Hartford Life reserves all rights and defenses available to us under the terms of policy 0GL206835.

If you have any additional information, not previously submitted, which you believe will assist us in evaluating your claim for Group Life Insurance benefits, please forward that to us for our consideration within sixty (60) days from the date of your receipt of this letter. In particular, documentation that Mr. Wilkinson received approval from The Hartford for Supplemental Life coverage, may assist us in further evaluating your claim for benefits. We will review any additional information you submit, along with the previously submitted information and notify you of the results of our review.

If you do not have additional information, but you disagree with our denial decision, the Employee Retirement Income Security Act of 1974 (ERISA) provides you with the right to appeal our decision and review pertinent documents in your claim file. If you do not agree with the reason why your claim was denied, in whole or part, and you wish to appeal our decision, you must write to us within sixty (60) days of the date of this letter. Your letter, which must be signed and dated by you or your legal representative, should clearly outline your position and any issues or comments you have in connection with your claim and our decision to deny your request for benefits under the Policy. Once we receive your appeal, we will again review your claim, based upon your statements and the documents and notes contained in your claim file. Upon completion of this review we will advise you of our further determination.

Please send your appeal letter to:

Hartford Life Insurance Company
Claim Appeal Unit
Benefit Management Services – B2E
P.O. Box 2999
Hartford, CT 06104-2999

If you have any questions, please call Customer Service at (888) 563-1124. Our hours are Monday through Friday, between 8:00 AM to 6:00 PM EST.

Sincerely,

Karen Despard
Senior Examiner
Benefit Management Services
Hartford Life and Accident Insurance Co.

CC: Sandra Boulay

Hartford Life
Group Life Claims
Toll Free 888 563 1124
Facsimile 860 843 8567

Mailing Address: P.O. Box 2999
Hartford, CT 06104-2999