# Exhibit 7

CAPRIO & CAPRIO
ATTORNEYS AT LAW
CAPRIO BUILDING
ONE CENTER PLACE
PROVIDENCE, RHODE ISLAND 02903

FRANK CAPRIO
ANTHONY CAPRIO
FRANK T. CAPRIO*
DAVID A. CAPRIO
RALPH R. LIGUORI
LAURA JEAN CAPRIO†

*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN MASSACHUSETTS & FLORIDA

TEL. (401) 861-6200
FAX (401) 751-2495
CAPRIOLAW@HOTMAIL.COM

April 15, 2004

Via Regular and Certified mail
Ms. Karen Despard
Sr. Examiner
Hartford Life and Accident Insurance
P.O. Box 2999
Hartford, CT 06104-2999

**RE: Richard Wilkinson Policy # OGL206835 (NOTICE OF APPEAL)**

Dear Ms. Despard:

Pursuant to the applicable ERISA provisions, kindly accept this correspondence as our notice to your company of Mrs. Wilkinson's appeal of your decision dated March 2, 2004.

My investigation into the chronology of this unfortunate situation revealed that neither your company nor the plan administrator ever notified Mr. Wilkinson that his supplemental life policy was in jeopardy. My investigation has also revealed that there does not exist any documentation reflecting such notice to Mr. Wilkinson.

Conversely, Mr. Wilkinson's payroll records indicate that the plan administrator, as an agent for Hartford Life, withdrew payments for the supplemental life policy. There was also a suggestion that a health questionnaire was sent to Mr. Wilkinson. There appears, however, to be no record of its mailing nor record of lack of compliance.

Reasonably, Mr. Wilkinson relied on the knowledge that his supplemental life policy with Hartford Life was in full force and effect. Said knowledge was confirmed with an entry on each and every pay stub.

Accordingly, we respectfully request that The Hartford honor its contractual obligation to Mrs. Wilkinson.

Very truly yours,

Ralph R. Liguori

7003 1010 0003 3786 6249

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Ms. Karen Despard
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Karen Despard
Sr. Examiner
Hartford Life and Accident Ins.
P.O. Box 2999
Hartford, CT 06104-2999

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
B. Received by (Printed Name) Heywood
C. Date of Delivery
D. Is delivery address different from item 1? Yes
If YES, enter delivery address below: No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7003 1010 0003 3786 6249

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540