AUG 22 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JEANNE T. WILKINSON,

Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.,

Defendants.

Case No.: 04-CV-516

AUG 22 2005

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between the Plaintiff Jeanne T. Wilkinson, Defendant Hartford Life and Accident Insurance Company, and Defendant Tyco International (US) Inc., that the entire above-captioned cause be dismissed with prejudice, each party bearing their own costs and attorneys' fees.

J. Scott Kilpatrick (#4036)
CHISHOLM, CHISHOLM & KILPATRICK, LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
Tel: (401) 331-6300
Fax: (401) 421-3185

**Attorney for Plaintiff**
**Jeanne T. Wilkinson**

Katherine R. Parsons (#6810)
CREVIER & RYAN, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115
Tel: (413) 787-2400
Fax: (413) 781-8235

**Attorney for Defendant**
**Hartford Life and Accident Insurance Company**

Enter:
Mary M. Lisi
USDJ 8/29/05

James A. Ruggieri (#2828)
HIGGINS, CAVANAGH &
COONEY, LLP
123 Dyer Street
Providence, RI 02903-3987
Tel: (401) 272-3500
Fax: (401) 273-8780

**Attorney for Defendant**
**Tyco International (US) Inc.**

Kathleen Dick Leslie
Michael L. Bouyea
WHITNEY & BOGRIS, LLP
Twelfth Floor
401 Washington Avenue
Towson, MD 21204
Tel: (410) 583-8000
Fax: (410) 583-8031

***Pro Hac Vice* Admitted**
**Attorneys for Defendant**
**Tyco International (US) Inc.**